NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1482

PATRICIA WILLIAMS, INDIVIDUALLY AND NATURAL
TUTOR OF DANDRELL WILLIAMS

VERSUS

SAFEWAY INSURANCE COMPANY OF LOUISIANA

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2003-5633-B
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and
Marc T. Amy, Judges.

AFFIRMED.

Clarence T. Nalls, Jr.
8034 Scenic Highway
Baton Rouge, LA   70807
(225) 774-6335
COUNSEL FOR PLAINTIFFS/APPELLANTS:
      Patricia Williams
      Dandrell Williams

M. Robert Voitier, Jr.
Borne & Wilkes, L.L.P.
Post Office Box 4305
Lafayette, LA   70502-4305
(337) 232-1604
COUNSEL FOR DEFENDANT/APPELLEE:
      Safeway Insurance Company of Louisiana